United States District Court
Eastern District of New York
------------------------------------------------------------------X
MOSES GREENFIELD and RAJIV SETHI,

                        Plaintiffs,                Case No. 1:10-cv-04514 (DLI)(RML)

      -against-

                                              **STIPULATION EXTENDING TIME**
                                              **TO RESPOND**

ZURICH AMERICAN INSURANCE COMPANY,

                        Defendant.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties, that:

1)    The time by which Plaintiffs Greenfield and Sethi may respond to Defendant's motion to dismiss is extended up to and including December 29, 2010. Plaintiffs will serve said response via email on or before December 29, 2010.

2)    Defendant may reply to Plaintiffs' response up to and including January 10, 2011, and said reply may be served via email on or before that date.

3)    Plaintiffs will not file an action against Defendant in state court before its extended response date of December 29, 2010.

Dated: New York, New York
        November 29, 2010

/s/   Peretz Bronstein_____                                                                                          
Peretz Bronstein, Esq. (PB-8628)                 Dirk C. Haarhoff, Esq.(DH-1310)
BRONSTEIN, GEWIRTZ                                 SEDGWICK, DETERT, MORAN &
& GROSSMAN, LLC                                               ARNOLD LLP
Attorneys for Plaintiffs                                                     Attorneys for Defendant
60 East 42nd Street, Suite 4600                     125 Broad Street, 39th Floor
New York, New York 10165                                     New York, New York 10004
(212) 697-6484                                                               Tel: (212) 422-0202

SO ORDERED

_____
The Honorable Robert M. Levy
United States Magistrate Judge

Dated: